E-Filed: 03.22.11

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL D. BILLBERRY,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY OF LOS ANGELES, MARGARET WHELAN, JG, DOES 1-X,<br><br>    Defendants. | CASE NO. 09-03827 MMM (SSx)<br><br>JUDGMENT FOR DEFENDANTS |

On January 25, 2010, the court granted a motion to dismiss plaintiff's claims against individual defendants Whelan and "J.G." with prejudice. On March 22, 2011, the court issued an order granting the motion of remaining defendant City of Los Angeles for summary judgment. Accordingly,

IT IS ORDERED AND ADJUDGED

    1.    That plaintiff takes nothing by way of his complaint; and

    2.    That the action be, and it hereby is, dismissed.

DATED: March 22, 2011

*Margaret M. Morrow*
_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE